1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   PETER ECKERT,                    )
                                      )     2:07-cv-00825-GEB-GGH
12                   Plaintiff,       )
                                      )
13        v.                          )     ORDER
                                      )
14   CITY OF SACRAMENTO and UNION     )
     PACIFIC RAILROAD,                )
15                                    )
                     Defendants.      )
16   _____)

17          On April 4, 2008, Defendant City of Sacramento ("City")

18   filed a Motion for Summary Judgment ("MSJ") "on the basis that the

19   Class Action Settlement Agreement approved . . . in *Joan Barden, et*

20   *al. v. City of Sacramento*, United States District Court, Eastern

21   District of California, CIV-S-99-0497 MCE JFM, acts as a complete bar

22   to all of Plaintiff's claims."  (MSJ at 2:7-10.) Specifically, the

23   City contends: 1) Plaintiff is a member of the *Barden* settlement

24   class; 2) Plaintiff's claims are covered by the *Barden* Agreement; and

25   3) Plaintiff's claims are barred by the *Barden* Agreement.   (MSJ at

26   6:1-8:21.)

27          Local Rule 83-123(b) provides, "[c]ounsel who has reason to

28   believe that an action on file . . . is related to another action on

                                 1

1 │ file (whether or not dismissed or otherwise terminated) shall promptly

2 │ file in each action . . . a Notice of Related Cases."  L.R. 83-123(b).

3 │      Accordingly, the City shall comply with Local Rule 83-123(b)

4 │ by filing Notice of Related Case documents no later than May 12, 2008.

5 │ The hearing on City's Motion for Summary Judgment, scheduled for May

6 │ 5, 2008, is continued to June 2, 2008 at 9:00 a.m. to allow for

7 │ determination whether the actions are related.

8 │      IT IS SO ORDERED.

9 │ Dated:  May 1, 2008

10

11 │ _____
│ GARLAND E. BURRELL, JR.
12 │ United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28