UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PETER ECKERT,                              No. 2:07-cv-00825-GEB-GGH

      Plaintiff,

  v.                                       **NON RELATED CASE ORDER**

CITY OF SACRAMENTO, et al.,

      Defendants.
_____/

JOAN BARDEN, et al.,                       No. 2:07-cv-00497-MCE-JFM

      Plaintiffs,

  v.

CITY OF SACRAMENTO, et al.,

      Defendant.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed May 5, 2008. See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

1

1  This order is issued for informational purposes only, and shall
2  have no effect on the status of the cases, including any previous
3  Related (or Non-Related) Case Order of this court.

5       IT IS SO ORDERED.

Dated: May 27, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE