IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ECKERT,                          )
                                       )        2:07-cv-00825-GEB-GGH
                     Plaintiff,        )
                                       )
        v.                             )        ORDER*
                                       )
CITY OF SACRAMENTO and UNION           )
PACIFIC RAILROAD,                      )
                                       )
                     Defendants.       )
                                       )

        Defendant City of Sacramento ("City") "moves for summary

judgment on the basis that the Class Action Settlement Agreement

approved . . . in *Joan Barden, et al. v. City of Sacramento*, United

States District Court, Eastern District of California, CIV-S-99-0497

MCE JFM, acts as a complete bar to all of Plaintiff's claims."  (MSJ

at 2:7-10.)  The City also seeks "defense costs in the form of []

reasonable attorney's fees . . . because Plaintiff lacked good cause

---

        *    This motion was determined to be suitable for decision without
oral argument.  L.R. 78-230(h).

1

to maintain his action following the City's advisement of the application of *Barden*."  (<u>Id.</u> at 10:7-8.)  The City's motion, however, is denied, since it has not shown that the above-referenced agreement bars Plaintiff's claims.

Dated:  May 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge