LINDA CLAXTON, State Bar No. 125729
linda.claxton@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045

GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:   (415) 442-4870

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER ECKERT,<br><br>         Plaintiff,<br><br>   v.<br><br>CITY OF SACRAMENTO, UNION PACIFIC RAILROAD COMPANY,<br><br>         Defendants. | Case No. 2:07-cv-00825-GEB-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURE AND REBUTTAL EXPERT DISCLOSURE DEADLINES**<br><br>Action Filed:   May 1, 2007<br>Trial Date:   January 26, 2010 |

///

///

///

///

///

///

///

1  CASE NO. 2:07-cv-00825-GEB-GGHT

STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURE
AND REBUTTAL EXPERT DISCLOSURE DEADLINES

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Peter Eckert ("Plaintiff") and his attorneys of record, Thomas N. Stewart, III, attorney at law, Defendant City of Sacramento (the "City"), by its attorneys of record, by David S. Womack, Deputy City Attorney, and Defendant Union Pacific Railroad Company ("Union Pacific"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, Plaintiff Peter Eckert filed his initial Complaint on May 1, 2007;

2. **WHEREAS**, on or about January 24, 2008, Defendant Union Pacific Railroad Company was served with the First Amended Complaint;

3. **WHEREAS**, on April 16, 2008, this Court modified the Pretrial Scheduling Order ("PSO") pursuant to the parties' stipulation and ordered the following dates:  Discovery due by June 17, 2009; Last Hearing Date for Law and Motion heard by August 17, 2009; Designation of Expert Witnesses and Reports due by January 17, 2009; Rebuttal Expert Witnesses and Reports due by February 17, 2009; Final Pretrial Conference set for October 26, 2009 at 1:30 p.m.; and Trial set for January 26, 2010;

4. **WHEREAS**, counsel for all Parties have been engaged in several discussions regarding the potential legal role of each defendant, possible settlement, what Plaintiff believes is required with regard to remediation, and practical ramifications which may arise in the future;

5. **WHEREAS**, but because of the nature of the lawsuit, Defendants require additional time to assess its individual liability as well as the legal and practical ramifications of the different settlement options which involve various state agencies not involved in this lawsuit;

6. **WHEREAS**, there is a strong likelihood that if the Parties have an additional 120 days to designate an expert and prepare a report, they will have a realistic opportunity to resolve this dispute, informally or through mediation, without the need for a trial.  At this juncture, however, having to incur additional expenses to retain an expert and submit a report would undermine the Parties' progress in attaining potential resolution;

1   7.   **WHEREAS**, Defendants agree to make a proposal for resolution to Plaintiff on or before March 31, 2009;

2   8.   **WHEREAS**, the Parties will participate in a settlement conference within 60 days of March 31, 2009; and

3   9.   **WHEREAS**, the continuance of the expert and rebuttal expert designation and report deadlines will not prejudice the current scheduled trial date of January 26, 2010.

**NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE AND HEREBY STIPULATE** to continue the expert witness designation and report deadlines from January 17, 2009 to May 17, 2009, and to continue the rebuttal expert witness designation and report deadline from February 17, 2009 to June 17, 2009.  All other dates shall remain the same.

DATED:  January 15, 2009                                  LAW OFFICES OF THOMAS N. STEWART, III


By: /s/ Thomas Stewart
           Thomas N. Stewart, III
Attorneys for Plaintiff
PETER ECKERT


DATED:  January 12, 2009                                  SACRAMENTO CITY ATTORNEY'S OFFICE


By: /s/ David Womack
           David S. Womack
Attorneys for Defendant
CITY OF SACRAMENTO

3   CASE NO. 2:07-cv-00825-GEB-GGHT
STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURE
AND REBUTTAL EXPERT DISCLOSURE DEADLINES

Stipulation and Proposed Order

1  DATED: January 15, 2009                    OGLETREE, DEAKINS, NASH, SMOAK &
2                                             STEWART, P.C.

3

4                                             By: /s/ Gregory Cheng
                                                   Gregory C. Cheng
5                                             Attorneys for Defendant
                                              UNION PACIFIC RAILROAD COMPANY
6

7
                                    **ORDER**
8
   **IT IS ORDERED** that the expert witness designation and report deadline is continued from
9
   January 17, 2009 to May 17, 2009, and the rebuttal expert witness designation and report deadline
10
   is continued from February 17, 2009 to June 17, 2009.  All other dates shall remain the same.
11

12
   2/3/09
13                                            _____
                                              GARLAND E. BURRELL, JR.
14                                            United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        4            CASE NO. 2:07-cv-00825-GEB-GGHT
              STIPULATION AND [PROPOSED] ORDER CONTINUING THE EXPERT DISCLOSURE
              AND REBUTTAL EXPERT DISCLOSURE DEADLINES

Stipulation and
Proposed Order