IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER ECKERT,    )
                 )    2:07-cv-00825-GEB-GGH
          Plaintiff,    )
                 )    AMENDMENTS TO
     v.          )    SCHEDULING ORDER
                 )
CITY OF SACRAMENTO; UNION PACIFIC )
RAILROAD COMPANY,    )
                 )
          Defendants.    )
_____)

On July 28, 2009, the parties filed a stipulation in which they seek to reschedule motions currently scheduled for August 17, 2009 from this date to September 19, 2009; September 19, 2009 is not a regularly scheduled law and motion hearing date. The motions presently scheduled for hearing on August 17, 2009, are rescheduled to commence at 9:00 a.m. on September 28, 2009. Therefore, the final pretrial conference is rescheduled to commence at 2:30 p.m. on November 30, 2009.

Dated: July 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge